IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. _____ |
| ) | |
| ONE 2000 DODGE RAM TRUCK, ) | 2:06 cv 1086-MEF |
| VIN: 1B7MC3364YJ125177, WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| DEFENDANT. ) | |

RECEIVED
2006 DEC -7 P 1:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America (hereinafter, "United States"), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, in a civil cause of forfeiture in rem respectfully alleges as follows:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States the following property: a vehicle, One 2000 Dodge Ram Truck, VIN: 1B7MC3364YJ125177 (hereinafter, "Defendant property"), which was seized on March 7, 2006, for violations of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

### JURISDICTION AND VENUE

2. The United States brings this action in rem in its own right to forfeit and condemn the Defendant vehicle under 21 U.S.C. § 881. This Court has jurisdiction over this action under 28

U.S.C. §§ 1345 and 1355(a). This Court has in rem jurisdiction over this action under 28 U.S.C. § 1355(b).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) and 28 U.S.C. § 1395 because the acts or omissions giving rise to the forfeiture occurred in this district and the property is located within the Middle District of Alabama.

## THE DEFENDANT IN REM

4. The Defendant property consists of One 2000 Dodge Ram Truck, VIN: 1B7MC3364YJ125177, which was seized from Danny Hilburn on March 7, 2006, in Prattville, Alabama. Title to the Defendant property is held in the name of DEBORAH BARNETT SHEPPARD (hereinafter, "Sheppard").

## FACTS

5. The facts and circumstances supporting the seizure of the Defendant property are as follows:

   a) On March 7, 2006, officers were called to a gas station in Prattville, Alabama, regarding a customer (hereinafter, "Hilburn") who was not able to pay for gas he had just pumped into his truck (hereinafter, "Defendant property").

   b) Upon arrival, the store clerk told officers that the Hilburn pumped his gas, then went into the restroom where he had been for a long period of time. The clerk further stated that the Hilburn carried a black bag into the restroom with him.

   c) As Hilburn exited the restroom, officers approached

2

him and asked if he was carrying a weapon. Hilburn stated that he did have a knife but was not sure where it was located. Officers found no weapons on Hilburn but did find approximately two grams of methamphetamine inside the black bag that belonged to Hilburn.

      d)    Officers read Hilburn his rights and asked permission to search the Defendant property. When asked about the methamphetamine, Hilburn stated that he purchased it from a random guy on the street while driving around Birmingham, Alabama. Hilburn told officers that he was traveling from Birmingham, Alabama back to Florida.

      e)    During a search of the Defendant property, officers found food, water, clothing, knives, bullets, a pistol, a rifle, and two broken Hydrocodone pills. Hilburn stated the Defendant property belonged to him and he used it on his firing range and doing work for FEMA. The Defendant property is registered in the name of Deborah Sheppard (hereinafter, "Sheppard"). Hilburn stated that Sheppard was his fiancee and they purchased the Defendant property together.

      f)    Hilburn was arrested and taken to Prattville Police Department. During the time warrants were being signed, Hilburn's cell phone began ringing. The investigator told Hilburn it was Sheppard. With Hilburn's persmission, the investigator spoke with Sheppard and told her to call the Prattville Police Department. With permission, Sheppard was told what Hilburn was charged with

and that the Defendant property was subject to forfeiture. Sheppard stated that "the vehicle is Danny's [Hilburn] but it's in my name."

g)  A check of the Defendant property's title history revealed that it was purchased on October 3, 2005 from North Alabama Wholesale Autos in Cullman, Alabama for $7,500.00 cash with a $10,000 trade in. No lien is shown on the Defendant property.

h)  In order to prevent law officials from discovering or seizing their assets, drug dealers often use a relative, or associate (who is not connected to the drug business) as a "straw" or nominee owner. The "straw" owner holds legal title to the property, but the true owner retains dominion, and control of the property. The recorded title shows Sheppard as the registered owner of the Defendant property.

## CLAIM FOR RELIEF

6.  The United States repeats and realleges each and every allegation set forth in Paragraphs 1 through 5h above.

7.  The Defendant property was used or intended to be used to transport, or facilitate the transportation, sale, receipt, possession or concealment of controlled substances in violation of Title 21, United States Code, Section 841 et seq.

8.  As a result of the foregoing, the Defendant property is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(4).

WHEREFORE, the United States requests that the Court issue a warrant for the arrest and seizure of the Defendant property, pursuant to Supplemental Rule G(3)(b), which will executed upon the Defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c); that the Defendant property be forfeited and condemned to the United States; that the United States be awarded its costs and disbursements in this action and, for such other and further relief as this Court deems proper and just.

Respectfully submitted this the 6th day of December, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

_____
John T. Harmon [HAR108]
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA        )
COUNTY OF MONTGOMERY    )

### VERIFICATION

I, Bruce Little, hereby verify and declare under penalty of perjury that I am a Task Force Agent with the United States Drug Enforcement Administration, that I have read the Verified Complaint In Rem and know the contents thereof, and that the matters contained therein are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and, as to those matters, I believe them to be true.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Agent of the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct this 6th day of December, 2006.

_____
BRUCE LITTLE, TASK FORCE AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before me this 6th day of December, 2006.

_____
Notary Public
Commission Expires: 9.23.09

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA           )
COUNTY OF MONTGOMERY       )

VERIFICATION

I, Bruce Little, hereby verify and declare under penalty of perjury that I am a Task Force Agent with the United States Drug Enforcement Administration, that I have read the Verified Complaint In Rem and know the contents thereof, and that the matters contained therein are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and, as to those matters, I believe them to be true.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Agent of the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct this 6th day of December, 2006.

_____
BRUCE LITTLE, TASK FORCE AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before me this 6th day of December, 2006.

_____
Notary Public
Commission Expires: 9.23.09

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1086-F |
| ) | |
| ONE 2000 DODGE RAM TRUCK, ) | |
| VIN: 1B7MC3364YJ125177, WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| DEFENDANT. ) | |

### WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL OF THE MIDDLE DISTRICT OF ALABAMA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of Forfeiture has been filed in the United States District Court for the Middle District of Alabama, alleging that the Defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) for violation of 21 U.S.C. § 841 et seq.;

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture, there is probable cause to believe that the Defendant property so described constitutes property involved in or traceable to such violations of 21 U.S.C. § 841 et seq., and that grounds for application for issuance of a warrant of arrest in rem exist, pursuant to Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize said Defendant property, and use your discretion and whatever means

appropriate to protect and maintain said Defendant property; and,

IT IS FURTHER ORDERED that you shall send any person who reasonably appears to be a potential claimant based upon the facts known to the United States, a copy of this Warrant and Verified Complaint In Rem in a manner consistent with the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish notice to all persons of this action and the procedures to be followed for making a claim as described in this Warrant in a manner consistent with Supplemental Rule G(4)(a); and,

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant property shall file a claim asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), and such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint, and shall serve and file their answers to the Complaint within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the Middle District of Alabama, with a copy thereof sent to:

        John T. Harmon
        Assistant United States Attorney
        Office of the United States Attorney
        Middle District of Alabama
        One Court Square Suite 201 (36104)
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone: (334) 223-7280.

Done this the _____ day of _____, 2006.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV1086-F |
| | ) |
| ONE 2000 DODGE RAM TRUCK, | ) |
| VIN: 1B7MC3364YJ125177, WITH | ) |
| ALL APPURTENANCES AND | ) |
| ATTACHMENTS THEREON, | ) |
| | ) |
| DEFENDANT. | ) |

### NOTICE OF ARREST AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued a Warrant of Arrest In Rem for the forfeiture of the Defendant property, which was seized from DANNY HILBURN on March 7, 2006, in Prattville, Alabama.

Any person claiming an interest in the Defendant property must file a claim asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint or as otherwise specified by Supplemental Rule G(5). In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the

Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:

> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suit 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone: (334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and 21 §§ 1316.71-1316.81.

All persons and entities who have an interest in the Defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

```
                              JESSE SEROYER, JR.
                              UNITED STATES MARSHAL
                           MIDDLE DISTRICT OF ALABAMA
```