**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06CV1086-F |
| **DEFENDANT** | **TYPE OF PROCESS** |
| ONE 2000 DODGE RAM PICKUP TRUCK, VIN: 1B7MC3364YJ125177 | COMPLAINT, WARRANT AND NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANNY HILBURN

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
533 THIRD AVENUE - DESTIN, FLORIDA 32541

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-464865        DANNY HILBURN - (850) 650-4458

Signature of Attorney or other Originator requesting service on behalf of :
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280
DATE: 12/06/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 17 | Signature of Authorized USMS Deputy or Clerk: Karen Chavers | Date 1/30/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Deborah Barnett Sheppard for Danny Hilburn

Address (complete only if different than shown above)
All American Shooting Range
83 N. Beal Parkway FWB, FL

Date of Service: 2/20/07   Time: 4:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee $8.00 | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: 1/30/07 FWD to N|FL
Received 02/12/07
02/15/07 10:15 AM - no one home - left notice of attempt of service - phone number disconnected
02/19/07 Spoke to Deborah Sheppard - will serve on 2/20/07 10:00 am Danny Hilburn is out of town
02/20/07 10:00 am tried to serve at residence - no one home - called her cell 205 358-5487 - left message she called back later + was served

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV1086-F |
|---|---|
| DEFENDANT<br>ONE 2000 DODGE RAM PICKUP TRUCK, VIN: 1B7MC3364YJ125177 | TYPE OF PROCESS<br>COMPLAINT, WARRANT AND NOTICE |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| DEBORAH BARNETT SHEPPARD |
| ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)<br>533 THIRD AVENUE - DESTIN, FLORIDA 32541 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of process to be served with this Form - 285 | 3 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS # 06-DEA-464865      DEBORAH SHEPPARD - (850) 650-4458

| Signature of Attorney or other Originator requesting service on behalf of:<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>12/06/06 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 17 | Signature of Authorized USMS Deputy or Clerk<br>Karen Chavers | Date<br>1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*)<br>All American Shooting Range<br>83 N. Beal Parkway<br>FWB, Florida | Date of Service 2/21/07   Time 4:00 pm<br>Signature of U.S. Marshal or Deputy<br>HARDY |

| Service Fee<br>$315.00 | Total Mileage Charges<br>(including endeavors)<br>$93.12 | Forwarding Fee<br>8.00 | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 1/30/07 FWD to NFL for service
Received 2/12/07
02/15/07 10:15 am - no one home - left notice of attempt of service - also called 650-4458 - is disconnected
02/19/07 Spoke to Deborah Sheppard will serve on 2/20/07 at 10:00 am
02/20/07 10:00 am no one home called Deborah cell + left message 205-358-5487
served later

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)