| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service  *06 DEA 464685* | *See Instructions for "Service of Process by the U.S. Marshal"* ③ ✓<br>*on the reverse of this form* |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>*2:06CV1086-F* |
|---|---|
| DEFENDANT<br>ONE 2000 DODGE RAM PICKUP TRUCK, VIN: 1B7MC3364YJ125177 | TYPE OF PROCESS<br>COMPLAINT, WARRANT AND NOTICE |

**SERVE ► AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| DEFENDANT VEHICLE - 2000 DODGE RAM PICKUP TRUCK |
| .ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>C/O UNITED STATES MARSHALS SERVICE |

RECEIVED
2006 DEC -7 P 1:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 3 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

CATS # 06-DEA-464865

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE 12/06/06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process No. | District of Origin No. *2* | District to Serve No. *2* | Signature of Authorized USMS Deputy or Clerk *K. Chavers* | Date 1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 3/2/07  Time 11:00 am |
| | Signature of U.S. Marshal or Deputy *Michael A. Bolas* |

| Service Fee *$45.00* | Total Mileage Charges *(including endeavors)* *$4.62* | Forwarding Fee | Total Charges *$49.62* | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: *Red Dodge Ram P/U*
*Duel Wheel*
*Extended Cab*
*Cummings Turbo Diesel*

RETURNED AND FILED
MAR - 6 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

*Little 799-8513*

2007 JAN 30 A [illegible]
UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA
RECEIVED

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)