IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:06-CV-1086-F |
| | * | |
| ONE 2000 DODGE RAM TRUCK, VIN: | * | |
| 1B7MC3364YJ125177, WITH ALL | * | |
| APPURTENANCES AND | * | |
| ATTACHMENTS THEREON, | * | |
| | * | |
| Defendant. | * | |

RECEIVED
2007 MAR 20 P 3: 54

## CLAIM

Before me the undersigned authority came Danny Oliver Hilburn, who under oath gives the following statement.

1. My name is Danny Oliver Hilburn. I make this claim pursuant of Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for an interest in the vehicle made subject of this action for forfeiture pursuant to Title 21, United States Code (U.S.C.) Section 881 (a)(6) and Title 28, United States Code (U.S.C.) Sections 1345 and 1355.

2. I make this claim because the vehicle was in my lawful possession at the time of seizure and I wish to demand return of said vehicle.

**DATED** this the 20th day of March, 2007.

_[signature]_
Danny Oliver Hilburn

STATE OF ALABAMA )

MONTGOMERY COUNTY )

Before me the undersigned authority, a Notary Public for the State at Large, personally appeared **Danny Oliver Hilburn**, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief.

*/s/ Danny Oliver Hilburn*
**Danny Oliver Hilburn**

SWORN to and SUBSCRIBED before me this the 20th day of March, 2007.

*/s/ Carolyn P. Rayborn*
**NOTARY PUBLIC**
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 17, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon Honorable John Harmon, Assistant United States Attorney, P.O. Drawer 197, Montgomery, Alabama 36101-0197, by personal service or by placing a copy thereof postage prepaid and properly addressed in the United States Mail on this 20th day of March, 2007.

_____
Of Counsel