IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 20 P 3:54

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| V. | * | CASE NO. 2:06-CV-1086-F |
| ONE 2000 DODGE RAM TRUCK, VIN: 1B7MC3364YJ125177, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | * | |
| Defendant. | * | |

## CLAIM

Before me the undersigned authority came Deborah Barnett Sheppard, who under oath gives the following statement.

1. My name is Deborah Barnett Sheppard. I make this claim pursuant of Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for an interest in the vehicle made subject of this action for forfeiture pursuant to Title 21, United States Code (U.S.C.) Section 881 (a)(6) and Title 28, United States Code (U.S.C.) Sections 1345 and 1355.

2. I am entitled to the lawful possession of said vehicle because I lawfully own the vehicle.

**DATED this the 20th day of March, 2007.**

*[signature]*
**Deborah Barnett Sheppard**

**STATE OF ALABAMA**            )

**MONTGOMERY COUNTY**    )

Before me the undersigned authority, a Notary Public for the State at Large, personally appeared **Deborah Barnett Sheppard**, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief.

*[signature]*
**Deborah Barnett Sheppard**

SWORN to and SUBSCRIBED before me this the 20th day of March, 2007.

*[signature]*
**NOTARY PUBLIC**

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 17, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon Honorable John Harmon, Assistant United States Attorney, P.O. Drawer 197, Montgomery, Alabama 36101-0197, by personal service or by placing a copy thereof postage prepaid and properly addressed in the United States Mail on this 20th day of March, 2007.

_____
Of Counsel