S. Department of Justice
ited States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form*

⑤

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06 cv 1086-F |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2000 DODGE RAM PICKUP TRUCK, VIN: 1B7MC3364Y | NOTICE |

RECEIVED
2006 DEC -7 P 1:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | MONTGOMERY ADVERTISER |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS # 06-DEA-464865    PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>12/06/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>No. _____ | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service<br>3/27/07 | Time<br>4:00 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy<br>K. Chavers | | |

| Service Fee<br>45.00 | Total Mileage Charges (*including endeavors*) | Forwarding Fee<br>8.00 | Total Charges<br>53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 3/1/07 Sent via e-mail
3/8/07 C.M.# 7002 2410 0002 4887 1572

RETURNED AND FILED

MAR 29 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES
MARSHALS SERVICE
MIDDLE AL. ALABAMA
RECEIVED
2007 JAN 30

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|

Account #  :  13058

Name (Primary)  :  UNITED STATES MARSHALS SERVICE

Street 1 (Primary)  :  ONE CHURCH ST, SUITE A-100

City (Primary)  :  MONTGOMERY

State (Primary)  :  AL

ZIP (Primary)  :  36104-4055

Phone (Primary)  :  (334) 223-7727

Start Date  :  03/07/2007

Stop Date  :  03/21/2007

Width  :  1

Depth  :  124

Ad Rated Cost  :  $810.96

Extra  :  $0.00

Discount %  :  $0.00

Publication  :  01 - Montgomery Advertiser

Class Code  :  2400 - Legals

Ad #  :  722483

- - - - - - - - - -

**IN THE UNITED STATES DIS-
TRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA,
PLAINTIFF,

v.

ONE 2000 DODGE RAM
TRUCK, VIN:
1B7MC3364YJ125177, WITH
ALL APPURTENANCES AND
ATTACHMENTS THEREON,
DEFENDANT.

CIVIL ACTION NO.
2:06cv1086-MEF

**NOTICE OF ARREST
AND SEIZURE**

Notice is hereby giv-
en that the United States
of America has filed a
Complaint for Forfeiture
In Rem and the Court
has issued a Warrant of
Arrest In Rem for the for-
feiture of the Defendant
property, which was
seized from DANNY HIL-
BURN on March 7, 2006,
in Prattville, Alabama.
Any person claim-
ing an interest in the De-
fendant property must
file a claim asserting that
interest, in the manner
set forth in 18 U.S.C. §
983(a)(4)(A) and Sup-
plemental Rule G(5),
such claim must be filed
not later than 30 days
after the date of service
of the Complaint or, as
applicable, not later
than 30 days after the
date of final publication
of notice of the filing of
the Complaint or as
otherwise specified by
Supplemental Rule G(5).
In addition, any person
having filed such a
claim shall also file an
Answer to the Complaint
not later than 20 days
after the filing of the
claim, and shall serve
and file the Claim and
Answer to the Verified
Complaint with the Of-
fice of the Clerk, United
States District Court for

the Middle District of Ala-
bama, 15 Lee Street,
Montgomery, Alabama
36104, with a copy
thereof sent to:

John T. Harmon
Assistant United States
Attorney
Office of the United
States Attorney
Middle District of Alabama
One Court Square,
Suit 201 (36104)
Post Office Box 197
Montgomery, Alabama
36101-0197
Telephone: (334) 223-7280.

Additional proce-
dures and regulations
regarding this forfeiture
action are found at 19
U.S.C. §§ 1602-1619, and
21 §§ 1316.71-1316.81.

All persons and enti-
ties who have an interest
in the Defendant proper-
ty may, in addition to fil-
ing a claim or in lieu of
the filing of a claim, sub-
mit a Petition for Remis-
sion or Mitigation of the
forfeiture for a non-judi-
cial determination of this
action pursuant to 28
C.F.R. Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF
ALABAMA

Mont. Adv. 3/7, 3/14,
3/21/2007

722483