**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| V. | *   CASE NO. 2:06-CV-1086-F |
| | * |
| **ONE 2000 DODGE RAM TRUCK, VIN:** | * |
| **1B7MC3364YJ125177, WITH ALL** | * |
| **APPURTENANCES AND** | * |
| **ATTACHMENTS THEREON,** | * |
| | * |
| **Defendant.** | * |

## ANSWER TO COMPLAINT
## FOR FORFEITURE

Comes now the Claimant, **Danny Oliver Hilburn**, by and through undersigned counsel, and files this Answer to the Complaint for Forfeiture, and respectfully says as follows:

1. The Claimant denies the allegations contained in paragraph 1 of the complaint.

2. The Claimant admits the allegations contained in paragraph 2 of the complaint.

3. The Claimant denies the allegations contained in paragraph 3 of the complaint.

4. The Claimant admits the allegations contained in paragraph 4 of the complaint.

5. a. The Claimant denies the allegations contained in paragraph 5a of the complaint.

   b. The Claimant denies the allegations contained in paragraph 5b of the complaint.

   c. The Claimant denies the allegations contained in paragraph 5c of the complaint.

   d. The Claimant denies the allegations contained in paragraph 5d of the complaint.

   e. The Claimant denies the allegations contained in paragraph 5e of the complaint.

   f. The Claimant denies the allegations contained in paragraph 5f of the complaint.

   g. The Claimant admits the allegations contained in paragraph 5g of the complaint.

      h.   The Claimant admits the allegations contained in paragraph 5h of the complaint.

6.   The Claimant admits the allegations contained in paragraph 6 of the complaint.

7.   The Claimant denies the allegations contained in paragraph 7 of the complaint.

8.   The Claimant denies the allegations contained in paragraph 8 of the complaint.

Respectfully submitted this the 30th day of March, 2007.

                s/Bruce Maddox
                Bruce Maddox (MAD013)
                Attorney for Danny Oliver Hilburn
                6728 Taylor Court
                Montgomery, AL 36117
                Phone: (334) 244-7333
                Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

                s/Bruce Maddox
                Of Counsel