IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1086-MEF |
| | ) | |
| ONE DODGE RAN TRUCK, VIN: | ) | |
| 1B7MC3364YJ125177, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that a scheduling conference is set in this case for May 31, 2007 at 3:30 P.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 18th day of April, 2007.

                                                       /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE