IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

UNITED STATES OF AMERICA

_____,    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. 2:06CV1086-MEF
                                     )
2000 DODGE RAM TRUCK, VIN: 1B7MC3364YJ12    )
_____,    )
                                     )
        Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DEBORAH SHEPPARD , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/11/2007
Date

(Signature)

BRUCE MADDOX (MAD013)
(Counsel's Name)

Deborah Sheppard
Counsel for (print names of all parties)
6728 Taylor Court
Montgomery, AL 36117
Address, City, State Zip Code
334-244-7333
Telephone Number

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Bruce Maddox _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th day of December 2007, to:

all parties of record _____

_____

_____

_____

_____


12/11/2007
_____
**Date**

_____
Signature