**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:06-CV-1086-F |
| | * | |
| **ONE 2000 DODGE RAM TRUCK, VIN:** | * | |
| **1B7MC3364YJ125177, WITH ALL** | * | |
| **APPURTENANCES AND** | * | |
| **ATTACHMENTS THEREON,** | * | |
| | * | |
| Defendant. | * | |

## MOTION FOR RETURN OF CONTENTS OF VEHICLE

Comes now Claimant, Deborah Sheppard, by and through undersigned counsel, and files this Motion for Return of Contents of Vehicle, and respectfully says as follows:

1. At the time of seizure of the vehicle made subject of this action, the vehicle contained firearms, ammunition and other property which were business property of Claimant Deborah Sheppard. This action does not encompass the forfeiture of said property.

WHEREFORE, premises considered, Claimant Deborah Sheppard asks the Court or whichever law enforcement agency is in possession of said property to return said property forthwith.

Respectfully submitted this the 3rd day of January, 2008.

> s/Bruce Maddox
> Bruce Maddox (MAD013)
> 6728 Taylor Court
> Montgomery, AL 36117
> Phone: (334) 244-7333
> Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox<br>
Of Counsel