IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1086-MEF |
| ) | |
| ONE 2000 DODGE RAM TRUCK, VIN: ) | |
| 1B7MC3364YJ125177, WITH ALL ) | |
| APPURTENANCES AND ) | |
| ATTACHMENTS THEREON ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the claimant's Motion for Return of Contents of Vehicle (Doc. #21) filed on January 3, 2008, it is hereby

ORDERED that the government show cause in writing on or before January 14, 2008 as to why the motion should not be granted.

DONE this the 7th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE