IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1086-MEF |
| | ) | |
| ONE 2000 DODGE RAM TRUCK, VIN: | ) | |
| 1B7MC3364YJ125177, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON | ) | |
| | ) | |
|    Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that a revised proposed pretrial order, including any changes to contentions or stipulations, shall be submitted to the Court by no later than 5:00 p.m. on January 8, 2008. It is further ORDERED that counsel for Plaintiff shall submit the revised proposed pretrial order by e:mail sent to *propord_fuller@almd.uscourts.gov* in Word or WordPerfect format.

DONE this 7th day of January, 2008.

                                                    /s/ Mark E. Fuller
                                               CHIEF UNITED STATES DISTRICT JUDGE