IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1086-MEF |
| ) | |
| ONE 2000 DODGE RAM TRUCK, ) | |
| VIN: 1B7MC3364YJ125177, WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| DEFENDANT. ) | |

### RESPONSE TO CLAIMANT'S MOTION FOR RETURN OF CONTENTS OF VEHICLE

The United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby respectfully submits the following response:

1.  This proceeding is an in rem civil forfeiture action wherein the court issued a warrant of arrest in rem for the defendant vehicle. The United States did not file an action against any personal property in the vehicle and the court's warrant did not extend jurisdiction over personal property. Seizure or constructive control of the property is necessary for the court to exercise in rem jurisdiction. U.S. v. All Funds Distributed to Weiss, 345 F.3d 49, 55 n.7, 56 n.8 (2nd Cir. 2003). In rem jurisdiction is obtained by serving an arrest warrant in rem pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims (Supplemental Rules). Ventura

Packers, Inc. v. F/V JEANINE KATHLEEN, 424 F.3d 852, 853 (9th Cir. 2005). See also 18 U.S.C. § 983(a)(3)(A) and Rule G of the Supplemental Rules. The court does not obtain jurisdiction over the res until it is arrested, seized or otherwise brought within the court's control. U.S. v. One Oil Painting, 362 F.Supp.2d 1175, 1183-84 (C.D. Cal. 2005).

Other than the Defendant vehicle itself, no action has been taken to obtain in rem jurisdiction or control over any other property in this case. Accordingly, the Court's jurisdiction extends solely to the Defendant vehicle itself.

To the extent the Claimant's motion seeks return of property not specified or described in the warrant, the Court lacks jurisdiction over such property and the Claimant's motion should be denied. See Rule G(2)(c) of the Supplemental Rules.

2. Without waiver of the jurisdictional issue, the United States would submit to the Court Exhibit A, a Property Received or Release Form dated June 1, 2006. As reflected by Exhibit A, "all personal property from inside Dodge pickup tag #RKJ86" was released on that date. The vehicle referenced in the Release is the Defendant vehicle.

3. The United States has also been informed by members of the Prattville Police Department that a firearm or firearms and ammunition were in the Defendant vehicle on the date the vehicle was seized. Claimant Hilburn apparently asserted ownership over the firearm or firearms and ammunition. The firearm or firearms

and ammunition have not been returned to either Claimant. The status of these items in relation to any pending state action is unknown. Undersigned counsel is not aware of any United States jurisdiction or control over said items.

4.   For the reasons cited, the Claimant's motion should be denied.

Respectfully submitted this 8th day of January, 2008.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Bruce Maddox.**

```
                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```



# POLICE DEPARTMENT .... CITY OF PRATTVILLE



101 WEST MAIN STREET
PRATTVILLE, ALABAMA 36067-3052
(334) 361-3632

**ALFRED WADSWORTH**
CHIEF

**JIM BYARD, JR**
MAYOR

## PROPERTY RECEIVED OR RELEASE FORM

Case Number: 060307059 /06D/02

Received from: Inv M.B. Harrell

the following items: All personal property from Inside Dodge pickup tag # RKJ86

Nothing follows

relieving Prattville Police Dept from all responsibility for the same ......

DATE 6/1/2006

TIME 1504

Released to: [signature]

Released by: M.B. Harrell 094

WITNESS: _____

WITNESS: _____

**TO PROTECT AND SERVE**

GOVERNMENT EXHIBIT A