IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| v.     ) | CASE NO. 2:06-cv-1086-MEF |
| ) | |
| ONE 2000 DODGE RAM TRUCK, VIN:     ) | |
| 1B7MC3364YJ125177, WITH ALL     ) | |
| APPURTENANCES AND     ) | |
| ATTACHMENTS THEREON     ) | |
| ) | |
| Defendants.     ) | |

**O R D E R**

Upon consideration of the claimant's Motion for Return of Contents of Vehicle (Doc. #21) filed on January 3, 2008 and the response of the government thereto, it is hereby

ORDERED that the motion is DENIED.

DONE this the 10th day of January, 2008.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE