IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1086-MEF |
| | ) | |
| ONE 2000 DODGE RAM TRUCK, VIN: | ) | |
| 1B7MC3364YJ125177, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED :

1. That non-jury trial set for February 4, 2008 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before February 1, 2008.

DONE this the 17th day of January, 2008.

                                                      /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE