```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
          PLAINTIFF,            )
                               )
v.                             )     CIVIL ACTION NO. 2:06cv1086-MEF
                               )
ONE 2000 DODGE RAM TRUCK,      )
VIN: 1B7MC3364YJ125177, WITH   )
ALL APPURTENANCES AND          )
ATTACHMENTS THEREON,           )
                               )
          DEFENDANT.            )
```

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Claimants Deborah Sheppard and Danny Hilburn (Claimants) by and through their respective attorney, and hereby state as follows:

1.  The parties respectfully move the Court to dismiss this case with prejudice.

2.  As grounds, the parties would show that all issues in this case have been resolved in accordance with the attached Stipulation for Compromise Settlement.

3.  All parties will bear their own costs.

4.  A proposed Order is attached.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Stipulation of Dismissal.

```
                                    FOR THE UNITED STATES ATTORNEY
                                          LEURA G. CANARY



Date: 01/17/08_____            /s/John T. Harmon_____
                                 JOHN T. HARMON
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
                                 United States of America




Date: 01/17/08                   /s/Bruce Maddox_____
                                 BRUCE MADDOX
                                 Attorney for Claimants Deborah
                                  Sheppard and Danny Hilburn
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560


For Claimant:

6728 Taylor Court
Montgomery, Alabama 36117
Telephone: (334) 244-7333
Facsimile: (334) 260-9600

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:06cv1086-MEF |
| ) | |
| ONE 2000 DODGE RAM TRUCK, ) | |
| VIN: 1B7MC3364YJ125177, WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| DEFENDANT. ) | |

STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Claimants Deborah Sheppard and Danny Hilburn, by and through their respective attorney, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That the United States consents to return the Defendant vehicle to Claimant Deborah Sheppard.

3. That Claimant Deborah Sheppard agrees to accept the vehicle "as-is" and "where is".

4. That all Claimants release the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts,

dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimants, Claimants' heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant vehicle. The Claimants expressly waive the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States, including but not limited to 28 U.S.C. § 2412. This express waiver in no way limits the scope and application of the general waiver herein stated.

    5.   All parties will bear their own costs.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 1/17/08

JOHN T. HARMON [HAR108]
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 1-16-08

BRUCE MADDOX
Attorney for Claimants/Deborah
Sheppard and Danny Hilburn

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560


For Claimants:

Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Telephone: (334) 244-7333
Facsimile: (334) 260-9600

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
           PLAINTIFF,            )
                                 )
v.                               )    CIVIL ACTION NO. 2:06cv1086-MEF
                                 )
ONE 2000 DODGE RAM TRUCK,        )
VIN: 1B7MC3364YJ125177, WITH     )
ALL APPURTENANCES AND            )
ATTACHMENTS THEREON,             )
                                 )
           DEFENDANT.            )

O R D E R

Based on the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

SO ORDERED this _____ day of _____, 2008.

                    _____
                    UNITED STATES DISTRICT JUDGE